IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE CAPITAL MANAGEMENT, LLC, and TAMARA JARIC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | Case No.: 13-261 JSC<br><br>**ORDER TO SHOW CAUSE TO DEFENDANTS** |

Plaintiffs True Capital Management ("True Capital") and Tamara Jaric filed this action seeking declaratory relief and an order compelling Defendants United States Department of Homeland Security ("DHS") and United States Citizenship and Immigration Services ("USCIS") to approve the H-1B visa petition submitted by True Capital on behalf of Tamara Jaric. Defendants filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction on April 4, 2013. (Dkt. No. 13.) Plaintiffs filed a timely opposition; however, Defendants did not file a reply. Defendants also failed to appear for the scheduled oral argument on May 16, 2013 or communicate with the Court prior to the hearing. Accordingly, Defendants are ORDERED

TO SHOW CAUSE as to why their motion should not be summarily denied for failure to prosecute. Defendants' response shall be filed by May 23, 2013.

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE