IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE CAPITAL MANAGEMENT, LLC, and TAMARA JARIC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | Case No.: 13-261 JSC<br><br>**ORDER REQUESTING STATUS REPORT** |

Plaintiffs True Capital Management ("True Capital") and Tamara Jaric filed this action seeking declaratory relief and an order compelling Defendants United States Department of Homeland Security and United States Citizenship and Immigration Services to approve the H-1B visa petition submitted by True Capital on behalf of Tamara Jaric. On June 20, 2013, the Court granted Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. No. 13), but retained jurisdiction over the case and Ordered Plaintiffs to file an amended complaint or motion to dismiss within 20 days of receipt of a final agency decision.

Plaintiff shall file a status report by October 15, 2013 regarding the status of the visa petition.

**IT IS SO ORDERED.**

Dated: October 3, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2