Mindy S. Rodney. Esq. (*Pro Hac Vice*)
Email: mindyrodney@mindylaw.com
Florida State Bar No. 285102

Daniel J. Koosed, Esq. (*Pro Hac Vice*)
Email: daniel@mindylaw.com
Florida State Bar No. 98642
Rodney & Bernstein, P.A.
1925 Brickell Avenue, Suite D-207
Miami, FL 33129
Tel: (305) 643-9600
Fax: (305) 856-8056

Wade J. Chernick, Esq.
Email: wade@chernickimmigration.com
California State Bar No. 123018
16601 Ventura Blvd., Suite 400
Encino, CA 91436
Tel: (818) 907-9505
Fax: (818) 907-5817

Attorneys for True Capital Management, LLC and Tamara Jaric, Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUE CAPITAL MANAGEMENT, LLC and Tamara Jaric,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and United States Citizenship and Immigration Services,<br><br>          Defendants | Case No. 3:13-cv-00261-JSC<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS UNDER FEDERAL RULE 41(a)(1)(A)(ii)**<br><br>Immigration Case<br>Administrative Procedure Act Case |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and with the agreement of undersigned counsel, the above-captioned action is hereby dismissed without prejudice. Each party will be responsible for their respective attorneys' fees. Neither Plaintiffs nor Defendants will seek attorneys' fees or costs from the other party.

**IT IS SO STIPULATED:**

Dated: January 13, 2014          Respectfully submitted,

/s/ *Mindy S. Rodney, Esq.* (*Pro Hac Vice*)

/s/ *Daniel J. Koosed, Esq.* (*Pro Hac Vice*)

/s/ *Wade J. Chernick, Esq.*

Rodney & Bernstein, P.A.
1925 Brickell Avenue, Suite D-207
Miami, FL 33129
Tel: (305) 643-9600
Fax: (305) 856-8056

Wade J. Chernick, Esq.
Email: wade@chernickimmigration.com
California State Bar No. 123018
16601 Ventura Blvd., Suite 400
Encino, CA 91436
Tel: (818) 907-9505
Fax: (818) 907-5817

Attorneys for Plaintiffs

STUART F. DELERY
Assistant Attorney General
Civil Division

ELIZABETH J. STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ *Aram A. Gavoor*

ARAM A. GAVOOR
Trial Attorney, District Court Section

Office of Immigration Litigation
Civil Division

U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-8014
Fax: (202) 616-8962
Email: Aram.Gavoor@usdoj.gov

Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, I electronically filed the foregoing Joint Stipulation to Voluntarily Dismiss Under Federal Rule 41(a)(1)(A)(ii) through the Northern District of California's CM/ECF system, which will electronically transmit copies to all attorneys of record who are registered users of that system.

By:   /s/ *Mindy S. Rodney, Esq.* (*Pro Hac Vice*)

Attorney for Plaintiffs (*Pro Hac Vice*)
Florida State Bar No. 285102
Email: mindyrodney@mindylaw.com
Rodney & Bernstein, P.A.
1925 Brickell Avenue, Suite D-207
Miami, FL 33129
Tel: (305) 643-9600
Fax: (305) 856-8056